**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Maurico F. Gutierrez            CHAPTER 7

Debtor(s)

BKY. NO. 21-10070 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of AMERICAN HERITAGE CREDIT UNION and index same on the master mailing list.

                             Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
07 Apr 2021, 16:14:24, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322